# IN THE SUPREME COURT OF THE STATE OF NEVADA

MILTON T. TELLIS,
                    Appellant,
vs.
THE STATE OF NEVADA,
                    Respondent.

No. 80249

---

MILTON T. TELLIS,
                    Appellant,
vs.
BRIAN WILLIAMS, WARDEN,
                    Respondent.

No. 80250

**FILED**

MAY 15 2020

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
        DEPUTY CLERK

## ORDER DISMISSING APPEAL IN DOCKET NO. 80249

These are pro se appeals from a single district court order denying a postconviction petition for a writ of habeas corpus.[1] Eighth Judicial District Court, Clark County; Cristina D. Silva.

This court's further review of the appeal in Docket No. 80249 reveals a jurisdictional defect. On December 13, 2019, appellant filed a pro se notice of appeal. The notice of appeal appears to challenge an order denying a postconviction petition for a writ of habeas corpus. However, the documents before this court indicate that no such order has been entered in

---

[1]The findings of fact, conclusions of law and order entered on December 30, 2019, was only entered in district court case number A-19-799980-W. That order is on appeal in Docket No. 80250.

district court case number 82C059971, the case number designated in the notice of appeal. Thus, the appeal is premature. *See* NRS 177.015(3) (stating that a defendant only may appeal from a final judgment or verdict). In addition, it does not appear from the district court docket and minute entries that the district court has entered any appealable order. Accordingly, the appeal in Docket No. 80249 is dismissed.

_____ J.
Gibbons

_____ , J.
Stiglich

_____ , J.
Silver

cc:    Hon. Cristina D. Silva, District Judge
       Milton T. Tellis
       Attorney General/Carson City
       Clark County District Attorney
       Eighth District Court Clerk